# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2005

Clifford W. Taylor,
Chief Justice

128779

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 128779
COA: 260428
Genesee CC: 00-006337-FC;
01-007571-FC

ALLEN JAMES KACZOROWSKI,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the April 6, 2005 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecutor to answer the defendant's application for leave to appeal within 28 days after the date of this order.

　　　　The application for leave to appeal remains pending.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2005

_____
Clerk

p1102